```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
  JOSEPH RADZIK and MIRIAM RADZIK,                             :
                                                               :
                                      Plaintiffs,              :    1:18-cv-11093-GHW
                                                               :
                        -against-                              :        ORDER
                                                               :
  EL AL ISRAEL AIRLINES LTD.,                                  :
                                                               :
                                      Defendant.               :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2018

GREGORY H. WOODS, District Judge:

    Plaintiffs commenced this action on November 28, 2018 against the above-captioned defendant. The first paragraph of the complaint describes this case as arising under a 2011 license agreement, and references an entity called "Intercom" that does not appear anywhere else in the complaint. Complaint (ECF No. 1) ¶ 1. The remainder of the complaint, however, sounds in negligence, and never again references the 2011 license agreement. *E.g.*, *id.* ¶¶ 13-35.

    Accordingly, counsel for plaintiffs is directed to review the six-page complaint that he submitted in this action and to confirm that the allegations are accurate and pertinent to this case. Specifically, counsel is directed to confirm that "the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery," and that "the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law." Fed. R. Civ. P. 11(b)(2)-(3).

    SO ORDERED.

Dated: December 3, 2018　　　　　　　　　　　_____
New York, New York　　　　　　　　　　　　　　　GREGORY H. WOODS
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge